IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE LEMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:09-cv-8-TMH |
| | ) | |
| STEVE MCGILL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #11) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #11) of the Magistrate Judge is ADOPTED. Plaintiffs' complaint pursuant to 42 U.S.C. § 1983 is DISMISSED without prejudice due to Plaintiff's failures to prosecute this action and comply with the orders of this Court. An appropriate judgment will be entered.

Done this 30th day of March, 2009.

/s/ Truman M. Hobbs, Sr.
SENIOR UNITED STATES DISTRICT JUDGE